USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/15/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**TYRONE H. MASSEY,**

                **Plaintiff,**

        -against-

**CITY OF NEW YORK, ET AL.,**

                **Defendants.**
------------------------------------------------------------------- x

**20-CV-7617 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      On January 4, 2021, Defendants submitted a letter requesting a pre-motion conference to discuss their anticipated motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 16. In accordance with this Court's Individual Practices, Mr. Massey is required to "submit a letter, [] not to exceed 3 pages, setting forth its position within 3 business days from the service of the moving party's letter." Individual Practices of Andrew L. Carter, Jr., 2.A. Mr. Massey is hereby **ORDERED** to respond to Defendants' letter by no later than February 3, 2021.[1]

      Defendant City of New York is hereby **ORDERED** to serve the instant order on Plaintiff by no later than January 20, 2021.[2]

**SO ORDERED.**

**Dated:**      **January 15, 2021**
              **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**

---

[1] Plaintiff's response was due on January 7, 2021 in accordance with this Court's Individual Practices; however, the Court hereby grants Mr. Massey an extension until February 3, 2021 to submit a response.

[2] It appears that Defendants have served Plaintiff with their letter dated January 4, 2021. To the extent this is not the case, Defendant City of New York is hereby **ORDERED** to serve their letter on Plaintiff by no later than January 20, 2021.