USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/06/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TYRONE H. MASSEY,

                  **Plaintiff,**

       -against-                       1:20-cv-7617 (ALC)

                             **ORDER**

CITY OF NEW YORK, ET AL.,

                 **Defendants.**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      On June 21, 2021, the Court issued an Order (the "June 21, 2021 Order") directing Defendants to serve both their initial pre-motion conference letter (at ECF No. 16) and the June 21, 2021 Order on Plaintiff and file proof of service by no later than June 25, 2021. ECF No. 27. On July 2, 2021, Defendant City of New York submitted a declaration indicating that it had served its initial pre-motion conference letter on Plaintiff by both first-class mail and UPS Next Day Air Service, but made no mention of the June 21, 2021 Order. ECF No. 28.

      Defendant City of New York is hereby **ORDERED** to serve Plaintiff with the June 21, 2021 Order and the instant order and file proof of service by no later than July 9, 2021.

**SO ORDERED.**

**Dated:  July 6, 2021**
           **New York, New York**

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**