| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Oct. 4, 2021 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
**Tyrone H. Massey,**

                **Plaintiff,**

     -against-                                     **1:20-cv-07617-ALC**

**City of New York, et al.,**                    **ORDER**

                **Defendants.**
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the City Defendants' (City of New York and Asst. Dep. Warden Tindal) letter requesting that this Court treat as unopposed their pending pre-motion conference request in connection with their anticipated motion to dismiss the Complaint, ECF No. 32, and declaration of service of same on Plaintiff. ECF No. 33. To date, Plaintiff has not responded to this letter motion.

    Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing why City Defendants' pre-motion conference letter should not be treated as unopposed no later than **October 18, 2021**. City Defendants are also **ORDERED** to serve a copy of this Order on Plaintiff, and file proof of service on ECF, by **October 6, 2021**.

**SO ORDERED.**

Dated:    October 4, 2021
            New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**