```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
    TYRONE H. MASSEY,                                       :
                                                            :
                                    Plaintiff,              :
                                                            :   1:20-cv-7617 (ALC)
            -against-                                       :
                                                            :   ORDER
    CITY OF NEW YORK, ET AL.,                               :
                                                            :
                                    Defendants.             :
-----------------------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

On October 4, 2021, the Court ordered Plaintiff to show cause why Defendants' pre-motion conference letter, ECF No. 32, should not be treated as unopposed. To date, no response has been filed. Defendants request to file a motion to dismiss is hereby **GRANTED**. The Parties are hereby **ORDERED** to adhere to the following briefing schedule concerning Defendants' Motion to Dismiss:

| | |
|---|---|
| **Motion to Dismiss** | **December 3, 2021** |
| **Opposition to Motion** | **December 27, 2021** |
| **Reply** | **January 3, 2022** |

Defendant City of New York is directed to serve a copy of this Order on Plaintiff via first class mail and file proof of service with the Court on or before **November 9, 2021**.

**SO ORDERED.**

Dated:  November 5, 2021
        New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge